**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

A.S.,

        Plaintiff,

        -against-

CONCERN FOR INDEPENDENT LIVING, INC.,

        Defendant.

Civil Action No.: 2:26-cv-01553

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Charles J. Reiter, Esq., in the above-entitled action as the attorney for Defendant, CONCERN FOR INDEPENDENT LIVING, INC., and all papers in this action should be served upon the undersigned at the office or post office address stated below.

I certify that I am admitted to practice in this court.

Dated: New York, New York
     June 23, 2026

              CALLAHAN & FUSCO, LLC
              *Attorneys for Defendant*
              CONCERN FOR INDEPENDENT LIVING, INC.

        By: _____
              CHARLES J. REITER, ESQ.
              115 Broadway, 5th Floor
              New York, NY 10006
              (877) 618-9770
              creiter@callahanfusco.com