**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.S.,<br><br>                    Plaintiff,<br><br>          -against-<br><br>CONCERN FOR INDEPENDENT LIVING, INC.,<br><br>                    Defendant. | Civil Action No.: 2:26-cv-01553 (JSH)(LGD)<br><br>**NOTICE OF EXAMINATION BEFORE TRIAL OF PLAINTIFF, A.S.** |

SIR:

**PLEASE TAKE NOTICE,** that pursuant to the Federal Rules of Civil Procedure, the testimony, upon oral examination before trial of plaintiff, **A.S.**, will be taken on **Thursday, October 21, 2026**, **at 10:00 a.m**., via videoconference, before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein with respect to evidence material and necessary in the prosecution/defense of this action.

That said person to be examined is required to reproduce at such examination the following: all papers, documents, statements, books and memoranda maintained by the plaintiff relevant to the matters alleged in all pleadings.  The deposition will continue from day to day until completed.

**If an interpreter will be needed for your oral examination, please notify Callahan & Fusco, LLC, by telephone at least five (5) days prior to the date of your examination.**

Dated:  New York, New York
       July 10, 2026

                        CALLAHAN & FUSCO, LLC
                        *Attorneys for Defendants*
                        CONCERN FOR INDEPENDENT LIVING, INC.

By: _____
                        CHARLES J. REITER, ESQ. (CJR-2915)
                        40 Exchange Place, 18th Floor
                        New York, New York 10005
                        (877) 618-9770

TO:    James E. Bahamonde, Esq.
       LAW OFFICE OF JAMES E.
       BAHAMONDE, P.C.
       *Attorneys for Plaintiff*
       A.S.
       2501 Jody Court
       North Bellmore, New York 11710
       (646) 290-8258
       james@civilrightsny.com