**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.S., | : |
| | : Civil Action No.: 2:26-cv-01553 |
| Plaintiff, | : (JSH)(LGD) |
| | : |
| -against- | : |
| | : **DEFENDANT'S RULE 7.1** |
| CONCERN FOR INDEPENDENT LIVING, INC., | : **DISCLOSURE STATEMENT** |
| | : |
| | : |
| Defendants. | : |
| | : |
| | : |

## DEFENDANT'S FED. R. CIV. PRO. RULE 7.1(a)(1) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, CONCERN FOR INDEPENDENT LIVING, INC., a non-governmental party or intervenor, certifies that:

1. Defendant, CONCERN FOR INDEPENDENT LIVING, INC., is an active New York not-for-profit corporation with its principal place of business in Suffolk County, New York.

## DEFENDANT'S FED. R. CIV. PRO. RULE 7.1(a)(2) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, to enable Judges and Magistrates to evaluate possible disqualification or recusal, Defendant, CONCERN FOR INDEPENDENT LIVING, INC., certifies the following:

1. Defendant, CONCERN FOR INDEPENDENT LIVING, INC, does not have any parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated:  New York, New York
        July 10, 2026

CALLAHAN & FUSCO, LLC
*Attorneys for Defendant*
CONCERN FOR INDEPENDENT LIVING, INC.


By:_____
CHARLES J. REITER, ESQ. (CJR-2915)
115 Broadway, Suite 1302
New York, NY 10006
(877)-618-9770
creiter@callahanfusco.com


TO:

James E. Bahamonde, Esq.
LAW OFFICE OF JAMES E.
BAHAMONDE, PC
*Attorneys for Plaintiff*
A.S.
2501 Jody Court
North Bellmore, NY 11710
(646) 290-8258
james@civilrightsny.com