Charles J. Reiter, Esq. | Partner
creiter@callahanfusco.com

CALLAHAN & FUSCO LLC
Attorneys at Law
115 Broadway | 5th Floor
New York | New York | 10006 | 877-618-9770

Connecticut | Florida | Georgia | Massachusetts | New Jersey | New York | Pennsylvania

*Please send mail to 1 Boland Drive, West Orange, NJ 07052 for processing*
*COMMITTED TO SUSTAINABILITY, WE ARE PAPERLESS*

September 8, 2026

**Via PACER**
The Honorable Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

**Re: A.S. v. Concern for Independent Living, Inc.**
**Civil Case No: 2:26-CV-01553-LGD**
**Our File No.: 3861.NY.1055**

Dear Magistrate Judge Dunst:

We represent Defendant, Concern for Independent Living, Inc., in the above referenced action. Please accept this letter correspondence as the Defendant's request to adjourn the Initial Conference, currently scheduled before Your Honor, on September 15, 2026, at 1:00 p.m.

Preliminarily, it should be noted that we have conferred with Plaintiff's Counsel in regard to the request for an adjournment, and Plaintiff's Counsel consents to the request.

The reason for the adjournment request is that we received notification from the Defendant's insurance company that retained our firm to represent Defendant (Church Mutual Insurance Company, S.I.), that the defense of the Defendant is going to be handled under the Defendant's "EPL" coverage, which is afforded by Chubb Insurance and that Chubb Insurance will be retaining counsel in this regard, which counsel will substitute in place and in stead of our office.

We anticipate new counsel to be retained by Chubb Insurance within the next two weeks and, as such, request an adjournment of the Initial Conference to October 15, 2026, or to a date amenable to Your Honor.

We thank Your Honor for your time and consideration of this matter.

Respectfully submitted,

*/s/ Charles J. Reiter*

CHARLES J. REITER, ESQ.

CJR/mc

cc: James Bahamonde, Esq.