**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.S.,<br><br>Plaintiff,<br><br>-against-<br><br>CONCERN FOR INDEPENDENT LIVING, INC.,<br><br>Defendant. | Civil Action No.: 2:26-cv-01553 (JSH)(LGD)<br><br>**CONSENT TO CHANGE ATTORNEYS** |

**IT IS HEREBY CONSENTED** that the firm of FORD HARRISON be substituted in place and stead of the firm of CALLAHAN & FUSCO, LLC as attorneys for Defendant, CONCERN FOR INDEPENDENT LIVING, INC., in the above-entitled action as of the date hereof.

Dated: New York, New York
September 15, 2026

By: ______________________
Charles J. Reiter, Esq.
CALLAHAN & FUSCO, LLC
**Outgoing Attorneys for**
**Concern for Independent Living, Inc.**
115 Broadway, Suite 1302
New York, New York 10006
(877) 618-9770
Email: creiter@callahanfusco.com

By: ______________________
Shawndra G. Jones, Esq.
FORD HARRISON
**Incoming Attorneys for**
**Concern for Independent Living, Inc.**
366 Madison Avenue, 7th Floor
New York, New York 10017
(212) 453-5927
Email: SJones@fordharrison.com

By: ______________________________
Steven Alpert, Director of Property Management
CONCERN FOR INDEPENDENT LIVING, INC.

STATE OF NEW YORK

COUNTY OF SUFFOLK

On the 5th day of October, 2026, before me personally appeared Steven Alpert, Director of Property Management of CONCERN FOR INDEPENDENT LIVING, INC., known to me to be the person described in and who executed the foregoing Consent to Change on behalf of the Defendant, CONCERN FOR INDEPENDENT LIVING, INC., and acknowledged to me that he executed same.

______________________________
Notary Public

DONNA S. PARKER
Notary Public, State of New York
Reg. No. 01PA6117992
Qualified in Suffolk County
Commission Expires Nov. 1, 2028