FORDHARRISON

366 Madison Avenue | 7th Floor
New York, New York 10017
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Contact:

SHAWNDRA G. JONES
212-453-5927
sjones@fordharrison.com

October 13, 2026

VIA CM/ECF

The Honorable Lee G. Dunst
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *A.S. v. Concern for Independent Living, Inc.*, Case No. 2:26-cv-01553-LGD

Dear Judge Dunst:

This firm represents Concern for Independent Living, Inc. ("Defendant") in the above-referenced case. Pursuant to Rule II.E of Your Honor's Individual Practice Rules, we respectfully submit this letter-motion to request an adjournment of the Initial Conference, which is currently scheduled for October 16, 2026, at 11:00 a.m. in Courtroom 830.

We request the adjournment because this firm was retained recently to represent Defendant and requests additional time to review this matter. In addition, a prior out-of-state commitment of the undersigned conflicts with the currently scheduled conference. Counsel for A.S. ("Plaintiff") consents to this request for an adjournment. In accordance with these reasons, we respectfully submit this request.

The following alternate conference dates are mutually agreeable to all counsel who plan to attend the Initial Conference: November 18, 2026, and November 16, 2026. If Your Honor has availability on both dates, we respectfully request to adjourn the conference to November 18, 2026.

This letter sets forth Defendant's second request for an adjournment of the Initial Conference. On September 9, 2026, Your Honor granted the request that Defendant's previous counsel submitted for an adjournment of the Initial Conference.

Thank you for your consideration of our submission.

Respectfully submitted,

*/s/ Shawndra G. Jones*

Shawndra G. Jones, Esq.

Cc: All Counsel of Record (via CM/ECF)