**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

A.S.,

Plaintiff,

-against-

CONCERN FOR INDEPENDENT LIVING, INC.,

Defendant.

Case No.: 2:26-cv-01553-LGD

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Steven Balken, Esq., an attorney of the law firm of FordHarrison LLP, hereby enters an appearance as counsel for Defendant Concern for Independent Living, Inc., in connection with the above-referenced action.

I certify that I am admitted to practice in this Court.

Dated: October 14, 2026

Respectfully submitted,

Steven Balken, Esq.
FORDHARRISON LLP
366 Madison Avenue, 7th Floor
New York, New York 10017
Telephone: 212-453-5927
Email: sbalken@fordharrison.com

*Attorneys for Defendant Concern for Independent Living, Inc.*